No. 15-25-00011-CV

ACCEPTED
15-25-00011-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
5/12/2025 8:50 AM
CHRISTOPHER A. PRINE
CLERK

**In the Fifteenth Court of Appeals
Austin, Texas**

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
5/12/2025 8:50:39 AM
CHRISTOPHER A. PRINE
Clerk

The Board of Regents of the University of Texas System, The University of Texas System, and The University of Texas M.D. Anderson Cancer Center
*Appellants*,

v.

GENSETIX, INC.,
*Appellee*.

_____

On Appeal from Cause No. 2021-73071
In the 152nd Judicial District of Harris County, Texas

## APPELLANTS' NOTICE OF APPEARANCE AND NOTICE OF LEAD COUNSEL

Appellants, The Board of Regents of the University of Texas System, The University of Texas System, and The University of Texas M.D. Anderson Cancer Center, provide the following notice:

1. The current counsel on behalf of Appellants is Terri M. Abernathy.

2. Appellants have recently retained the law firm of Troutman Pepper Locke LLP to assist in this action. Specifically, David Harrell, Chris Dove, and Deanna Willson of Troutman Pepper Locke hereby make their notices of appearance.

1

3. Appellants designate David Harrell as new lead counsel. Ms. Abernathy will continue representing Appellants, but will no longer be designated as lead counsel.

4. Mr. Harrell, Mr. Dove, and Ms. Willson are licensed to practice law in the state of Texas and are members in good standing of the State Bar of Texas. Their contact information is as follows:

> **David E. Harrell, Jr.**
> Texas Bar No. 00793905
> *David.harrell@troutman.com*
> **Chris Dove**
> Texas Bar No. 24032138
> *Chris.dove@troutman.com*
> **Deanna Markowitz Willson**
> Texas Bar No. 24092759
> *Deanna.willson@troutman.com*
> TROUTMAN PEPPER LOCKE LLP
> 600 Travis, Suite 2800
> Houston, Texas 77002
> Phone (713) 226-1200

## PRAYER

Appellants request that David Harrell, Chris Dove, and Deanna Willson be added to all future correspondence and notifications of filings in this matter. Appellants further request that David Harrell be substituted as lead counsel.

2

Respectfully submitted,

TROUTMAN PEPPER LOCKE LLP

*/s/ David E. Harrell*
**David E. Harrell, Jr.**
*Attorney in Charge*
Texas Bar No. 00793905
*David.harrell@troutman.com*
**Chris Dove**
Texas Bar No. 24032138
*Chris.dove@troutman.com*
**Deanna Markowitz Willson**
Texas Bar No. 24092759
*Deanna.willson@troutman.com*
600 Travis, Suite 2800
Houston, Texas 77002
Phone (713) 226-1200


**Terri B. Abernathy**
Assistant Attorney General
Texas Bar No. 24122680
OFFICE OF THE ATTORNEY GENERAL OF TEXAS
General Litigation Division
P.O. Box 12548
Austin, Texas 78711
Phone (512) 936-0562
Division Fax (512) 320-0667
Email terri.abernathy@oag.texas.gov

*Counsel for Appellants*

3

144707248v.1

## CERTIFICATE OF SERVICE

I certify that on May 12, 2025, a true and correct copy of this document was served via the court's e-service system on the following counsel of record:

Cabrach J. Connor
Cab@CLandS.com
Jennifer Tatum Lee
Jennifer@CLandS.com
Sergio R. Davila
Sergio@CLandS.com
Connor Lee & Shumaker PLLC
609 Castle Ridge Road, Suite 450
Austin, Texas 78746
(512) 777-1254

Anthony G. Buzbee
tbuzbee@txattorneys.com
Ryan S. Pigg
rpigg@txattorneys.com
The Buzbee Law Firm
(713) 223-5393

*Counsel for Appellee*

*/s/ Deanna M. Willson*
Deanna M. Willson

144707248v.1

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Santa Garcia on behalf of David Harrell
Bar No. 793905
sgarcia@lockelord.com
Envelope ID: 100693465
Filing Code Description: Other Document
Filing Description: Appellants' Notice of Appearance an Notice of Lead Counsel
Status as of 5/12/2025 8:58 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Terri Abernathy | | terri.abernathy@oag.texas.gov | 5/12/2025 8:50:39 AM | SENT |
| Quennette Rose | | Quennette.Rose@oag.texas.gov | 5/12/2025 8:50:39 AM | SENT |
| Victoria Gomez | | victoria.gomez@oag.texas.gov | 5/12/2025 8:50:39 AM | SENT |
| Alyssa Bixby-Lawson | | alyssa.bixby-lawson@oag.texas.gov | 5/12/2025 8:50:39 AM | SENT |
| David E.Harrell | | David.Harrell@troutman.com | 5/12/2025 8:50:39 AM | SENT |
| Deanna MarkowitzWillson | | deanna.willson@troutman.com | 5/12/2025 8:50:39 AM | SENT |
| Chris Dove | | Chris.Dove@troutman.com | 5/12/2025 8:50:39 AM | SENT |
| Monika Dziemianczuk | | monika.dziemianczuk@troutman.com | 5/12/2025 8:50:39 AM | SENT |
| Cabrach Connor | | Cab@CLandS.com | 5/12/2025 8:50:39 AM | SENT |
| Jennifer TatumLee | | Jennifer@CLandS.com | 5/12/2025 8:50:39 AM | SENT |
| Sergio Davila | | Sergio@CLandS.com | 5/12/2025 8:50:39 AM | SENT |
| Anthony Buzbee | | tbuzbee@txattorneys.com | 5/12/2025 8:50:39 AM | SENT |
| Ryan Pigg | | rpigg@txattorneys.com | 5/12/2025 8:50:39 AM | SENT |
| Rian Taff | | rtaff@txattorneys.com | 5/12/2025 8:50:39 AM | SENT |
| Mauricio Guevara | | mguevara@txattorneys.com | 5/12/2025 8:50:39 AM | SENT |
| Lionel Sims | | lsims@txattorneys.com | 5/12/2025 8:50:39 AM | SENT |